**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**


**HENRY NEWT BARNETT, #23642-001**                              **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO.  5:07-cv-75-DCB-MTP**

**CONSTANCE REESE, et al.**                                      **RESPONDENTS**

<u>ORDER</u>

Before the Court is Petitioner's letter Motion [7] to voluntarily dismiss this civil action

filed pursuant to 28 U.S.C. § 2241.  Upon review of  Petitioner's Motion, this Court finds that

Petitioner's request to dismiss this civil action is well taken and shall be granted.  Accordingly, it

is hereby,

ORDERED that Petitioner's letter Motion [7] to voluntarily dismiss this case  is granted

and this cause is hereby **dismissed** without prejudice.  All pending motions in this civil action are

hereby terminated.

**SO ORDERED** this the   13th    day of April, 2009.



    s/ David Bramlette
UNITED STATES DISTRICT JUDGE